No. 96–318. RICHARDSON ET AL. *v.* MCKNIGHT. C. A. 6th Cir. [Certiorari granted, *ante,* p. 1002.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 96–5268. GLOCK *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 888. Respondent is invited to file a response to the motion for leave to file and petition for rehearing within 30 days.

No. 96–6936. O'CONNOR *v.* ARMY CLAIMS SERVICE. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 3, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 96–7021. IN RE YOUNG; and
No. 96–7078. IN RE KENNEDY. Petitions for writs of habeas corpus denied.

No. 96–6572. IN RE PRICE. Petition for writ of mandamus denied.

No. 95–8502. TIDIK *v.* TIDIK. Ct. App. Mich. Certiorari denied.

No. 95–8867. KEMP *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–315. CROUCH *v.* UNITED STATES; and
No. 96–319. FRYE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 84 F. 3d 1497.

No. 96–374. SCHNEIDER NATIONAL CARRIERS, INC., ET AL. *v.* PYATT ET UX. C. A. 7th Cir. Certiorari denied.

No. 96–447. POPE *v.* POPE. Sup. Ct. Ill. Certiorari denied.